# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN DANIEL POWELL,<br><br>**Plaintiff,**<br><br>NATIONSTAR MORTGAGE, LLC; and NATIONSTAR MORTGAGE HOLDINGS, INC.<br><br>**Defendants.** | 1:17-cv-00047-LJO-JLT<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE AND DIRECTING CLERK TO CLOSE THIS CASE** |

On March 23, 2017, this Court issued an order dismissing Plaintiff's complaint with 21-days leave to amend. The Court noted that if Plaintiff did not amend the complaint to correct the deficiencies noted in the March 23, 2017, order, the complaint would be dismiss for failure to state a claim for all the reasons stated. (Doc. 14.) Plaintiff did not file an amended complaint.

As such, IT IS HEREBY ORDERED that the complaint is dismissed with prejudice, and the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **May 2, 2017**          **/s/ Lawrence J. O'Neill**
                        UNITED STATES CHIEF DISTRICT JUDGE